# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GARY LEON WEBSTER**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #114018**

v.　　　　　　　　　NO: 4:19-CV-00947-LPR

**BOBBY R. DIGBY, II**　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Gary Leon Webster's complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED, this 6th day of January 2020.

　　　　　　　　　　　　　　　　　　　　　　Lee P. Rudofsky
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE